IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN THE MATTER OF THE            )
REAPPOINTMENT OF SUSAN RUSS     )
WALKER AS FULL TIME UNITED      )    MISC. NO. 2:19-mc-3896-ECM
STATES MAGISTRATE JUDGE         )

## ORDER REAPPOINTING UNITED STATES MAGISTRATE JUDGE

Pursuant to the provisions of § 631(b)(5), Title 28, United States Code, and regulations promulgated by the Judicial Conference of the United States, this Court has heretofore given public notice of its intention to reappoint Susan Russ Walker to a new term of office as a full-time United States Magistrate Judge for the Middle District of Alabama upon the expiration of her present term, has appointed a merit selection panel to advise the Court concerning the proposed reappointment, and has received the report of the merit selection panel recommending the reappointment of Magistrate Judge Walker.

Now, therefore, upon consideration of the foregoing matters and under the authority conferred by §§ 631, et seq., Title 28, United States Code, it is ORDERED:

(1) That Susan Russ Walker be and she is hereby reappointed as a full-time United States Magistrate Judge for the Middle District of Alabama, at the salary fixed by the Judicial Conference of the United States, with her official station at Montgomery, Alabama;

(2) That the said Susan Russ Walker shall enter upon the performance of the official duties of her new term of office at 8:00 a.m., April 23, 2020, after taking oath or affirmation prescribed by §§ 453 and 631(g), Title 28, United States Code;

(3) That the said Susan Russ Walker shall hold and discharge the duties of her office for a term of eight (8) years from the date of her reappointment as provided by § 631(e), Title 28, United States Code, unless sooner removed.

The Clerk shall cause copies of this order to be spread upon the records of this Court and shall forward a certified copy of this order to the Director of the Administrative Office of the United States Courts as required by § 631(h), Title 28, United States Code.

DONE this 22nd of November, 2019.

Emily C. Marks
Chief United States District Judge